| | |
|---|---|
| 1 | DAVID E. REYNOLDS, SB# 72362 |
|   | E-Mail: reynolds@lbbslaw.com |
| 2 | KENNETH D. WATNICK, SB# 150936 |
|   | E-Mail: watnick@lbbslaw.com |
| 3 | MICHAEL JAVAHERIFAR, SB# 249815 |
|   | E-Mail: javaheri@lbbslaw.com |
| 4 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
|   | 221 North Figueroa Street, Suite 1200 |
| 5 | Los Angeles, California 90012 |
|   | Telephone: (213) 250-1800 |
| 6 | Facsimile: (213) 250-7900 |

E-FILED 7/31/2009

Attorneys for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIENT FISHERIES, INC., dba OFI MARKEASA INTERNATIONAL, a California Corporation, | CASE NO. CV07-3945 GAF |
| Plaintiff, | [PROPOSED] JUDGMENT |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation; and DOES 1-100, | |
| Defendant. | |



4846-2969-3188.1                -1-

On June 26, 2009, the Court granted defendant National Union Fire Insurance Company of Pittsburgh, Pa.'s Motion for Summary Judgment as to plaintiff Orient Fisheries, Inc's claim for breach of the implied covenant of good faith and fair dealing. [Document NO. 146.] On July 14, 2009, this action came on for jury trial, the Honorable Gary Allen Feess, judge presiding. On July 21, 2009, the jury rendered a verdict in favor of National Union Fire Insurance Company of Pittsburgh, Pa. on plaintiff Orient Fisheries, Inc.'s claim for breach of contract. In accordance with that verdict and the provisions of Rule 58 of the Federal Rules of Civil Procedure:

IT IS ADJUDGED that:

1. Plaintiff Orient Fisheries, Inc. takes nothing by this suit.

2. Judgment shall be entered in favor of National Union Fire Insurance Company of Pittsburgh, Pa. and against Orient Fisheries, Inc. with respect to all of Orient Fisheries, Inc.'s claims in the First Amended Complaint and in this Action.

3. National Union Fire Insurance Company of Pittsburgh, Pa. shall be entitled to an award of costs pursuant to Rule 54 of the Federal Rules of Civil Procedure in an amount to be determined in further proceedings.

IT IS SO ORDERED.

DATED: July 31, 2009

_____
THE HONORABLE
GARY ALLEN FEESS



4846-2969-3188.1                                         -2-

**FILED 7/21/2009**
**Docket No. 200**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIENT FISHERIES, INC., dba OFI MARKESA INTERNATIONAL,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>    Defendant. | Case No. CV 07-3945- GAF<br><br>**SPECIAL VERDICT** |

We the Jury in the above-entitled action, unanimously find as follows:

1. Did one or more employees of OFI engage in dishonest acts with the manifest intent to cause OFI to sustain a loss and to obtain a financial benefit for themselves or some other person or entity?

\_\_\_\_\_ YES          __**X**__ NO

1

If you answered "YES", go to Question No. 2. If you answered "NO" please sign and return the verdict form to the Court.

2. Did these acts of dishonesty cause OFI to sustain a loss?

_____ YES        _____ NO

If you answered "YES," go to Question No. 3. If you answered "NO" please sign and return the verdict form to the Court.

3. Was Ming Shin Kou, any other owner, or any officer of OFI not in collusion with the dishonest employees on notice, prior to December 15, 2004, of any of these acts of dishonesty?

_____ YES        _____ NO

If you answered "YES," go to Question No. 4. If you answered "NO," go to Question 5.

4. Please identify who was on notice of these acts of dishonesty and the date on which that person was placed on notice.

Person(s): _____        Date: _____

Go to Question 5.

5. State the amount of loss caused by the acts of OFI's dishonest employees.

$ _____

Go to Question 6.

6. Was any part of the loss caused by the acts of OFI's dishonest employees the result of acts of such employees occurring after December 15, 2004?

2

_____ YES                              _____ NO

If you answered "YES," go to Question No. 5. If you answered "NO" please sign and return the verdict form to the Court.

7. What was the dollar amount of the loss caused by the acts occurring after December 15, 2004?

$_____

Dated: July 21, 2009

_____/S/_____
Foreperson of the Jury